BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6840
FAX: (415) 436-7234
Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-0131 SI |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL AND [~~PROPOSED~~] ORDER |
| ALEX SOSENSKY, | |
| Defendant. | |

Defendant Alex Sosensky has successfully completed a term of diversion and withdrawn his plea of guilty to the Information in this case. With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Information.

Dated: May 17, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

*/s/ David R. Callaway* (Kevin Barry with permission)
DAVID R. CALLAWAY
Chief, Criminal Division

NOTICE OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL
CR 15-0131 SI

**[PROPOSED] ORDER**

Leave is granted to the government to dismiss the Information, and this case is dismissed.

IT IS SO ORDERED.

DATED: __5/18/16__

*Susan Illston*

HON. SUSAN ILLSTON
United States District Judge

NOTICE OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL
CR 15-0131 SI